COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:      A.H.D. Houston, Inc. d/b/a Centerfolds; Dwg Fm Inc. d/b/a Splendor; D. Houston Inc. d/b/a Treasures; A.H.D. Houston, Inc. d/b/a Centerfolds; and W.L. York, Inc. d/b/a Cover Girls, incorrectly named as A.H.D.Houston, Inc. d/b/a Centerfolds; Dwg Fm Inc.,d/b/a Splendor; D. Texas Investments, Inc. d/b/a Treasures; A.H.D. Houston, Inc. d/b/a Treasures; and W.L. York, Inc. d/b/a Treasures v. Jaime Middleton; Cora Skinner; Jamillette Gaxiola, Jennifer Zharinova; Jessica Hinton; Lina Posada; Lucy Pinder; Paola Canas; Sandra Valencia; Tiffany Toth;Cielo Jean Gibson; Maysa Qui; Elizabeth Turner; Emily Sears; Gemma Lee Farrell and Jaclyn Swedberg

Appellate case number:     01-22-00176-CV

Trial court case number:     2017-71429

Trial court:                  157th District Court of Harris County

Appellants have filed an unopposed motion to abate the appeal, asking for the appeal to be abated until 30 days after the scheduled mediation or until June 16, 2022. We **grant** the motion.

The appeal is **abated until June 16, 2022**. The parties are ordered to file a status report with this Court **on or before June 16, 2022**, advising the Court of the status of mediation.

It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower_____
                 ☑ Acting individually     ☐ Acting for the Court

Date: ___April 19, 2022____